# Court of Appeals
# of the State of Georgia

ATLANTA,__October 22, 2015_____

*The Court of Appeals hereby passes the following order:*

**A16D0073.  SCOTTIE DANIEL v. THE STATE.**

Scottie Daniel was convicted of aggravated battery and three counts of sexual battery in 2006, and we affirmed his convictions.  See *Daniel v. State*, 292 Ga. App. 560 (665 SE2d 696) (2008).  Daniel filed an extraordinary motion for new trial, which the trial court denied on August 7, 2015.  Daniel filed this application for discretionary appeal on September 30, 2015.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Daniel filed his application 54 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/22/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*